UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLOBAL EQUIPMENT COMPANY INC., | CASE NO. C25-1269-KKE |
| Plaintiff(s), | ORDER TO PROVIDE A STATUS REPORT |
| v. | |
| GLOBAL STORAGE EQUIPMENT MANUFACTURER LIMITED, et al., | |
| Defendant(s). | |

Plaintiff filed a motion for preliminary injunction, which was served on Defendants by alternative means with leave from the Court. Dkt. No. 8. Plaintiff has submitted evidence confirming that Defendants received a copy of the motion as well as the complaint and summons. *See* Dkt. No. 13-2. Yet Defendants have not appeared in this action, answered the complaint, or opposed Plaintiff's motion for preliminary injunction. Instead, their email response to Plaintiff indicates that they "consider this matter closed" because they will refrain from using the "Global Equipment" name in emails or marketing. *Id*.

Considering Defendants' failure to appear or defend to date, the Court ORDERS Plaintiff to file a status report addressing whether it intends to pursue a preliminary injunction and/or whether it intends to move for entry of default and default judgment. The status report may address any other issues bearing on how to move this litigation forward. The status report must be filed

ORDER TO PROVIDE A STATUS REPORT - 1

no later than September 12, 2025, and the clerk is directed to RE-NOTE the motion for preliminary injunction (Dkt. No. 8) for September 12, 2025.

    Dated this 25th day of August, 2025.

                                      Kymberly K. Evanson
                                      United States District Judge