UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLOBAL EQUIPMENT COMPANY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> GLOBAL STORAGE EQUIPMENT MANUFACTURER LIMITED, et al., <br><br> Defendant(s). | CASE NO. C25-1269-KKE <br><br> ORDER GRANTING MOTION FOR ADDITIONAL ATTORNEY FEES AND COSTS |

The Court previously granted Plaintiff's motion for default judgment and found that Plaintiff was entitled to recover reasonable attorney's fees and taxable costs. *See* Dkt. No. 27 at 12–13. The Court granted Plaintiff's request for an award of $93,183.00 in fees and $1,151.41 in costs incurred through September 30, 2025, and instructed Plaintiff to file a motion for additional fees and costs incurred after that date. *Id*. at 15–16.

Plaintiff timely filed a motion for $114,604.50 in additional attorney fees and $1,447.41 in additional costs, incurred after September 30, 2025. Dkt. No. 30. Consistent with its prior order, the Court finds that both the hours expended (as documented by Plaintiff in the declarations submitted along with the motion for additional fees) and the hourly rates charged by the professionals managing this case are reasonable. *See* Dkt. Nos. 31, 32. Therefore, a fee award of $114,604.50 and a cost award of $1,447.41 are appropriate. *See, e.g., Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 978 (9th Cir. 2008) (explaining a lodestar calculation).

ORDER GRANTING MOTION FOR ADDITIONAL ATTORNEY FEES AND COSTS - 1

The Court therefore GRANTS Plaintiff's motion for an award of additional fees and costs (Dkt. No. 30). It is:

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded its reasonable attorneys' fees in the amount of $114,604.50, jointly and severally, against Defendants Global Storage Equipment Manufacturers Limited ("GSE"), Certified Warehouse Equipment Inc. ("CWE"), and All Lift Warehouse Solutions Inc. ("All Lift") (hereinafter "the Defendants"); and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded costs in the amount of $1,447.41, jointly and severally, against Defendants; and it is further

ORDERED, ADJUDGED, AND DECREED that judgment in the total amount of $116,051.91 shall be entered forthwith consistent with this Order, which judgment shall accrue post judgment interest at the statutory rate of 12% per annum; and it is further

ORDERED, ADJUDGED, AND DECREED that service of this Order may be made by email to Defendants' last-known email addresses used in connection with their domain registrations, websites, or sales activities, and to the abuse/legal contacts of any registrar/registry hosting the Infringing Domains. Such service constitutes sufficient notice.

Dated this 16th day of January, 2026.

_____
Kymberly K. Evanson
United States District Judge