The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLOBAL EQUIPMENT COMPANY, INC.,

Plaintiff,

v.

GLOBAL STORAGE EQUIPMENT
MANUFACTURER LIMITED, CERTIFIED
WAREHOUSE EQUIPMENT INC., ALL LIFT
WAREHOUSE SOLUTIONS INC., and DOES 1-
20, inclusive,

Defendants.

NO. 2:25-cv-01269-KKE

**ORDER GRANTING
PLAINTIFF'S MOTION TO
CORRECT PARTY NAMES IN
JUDGMENT**

Plaintiff Global Equipment Company, Inc.'s ("Global" or "Plaintiff") filed a Motion to Correct Party Names in Judgment (the "Motion"). Dkt. No. 35. The Court, having considered the Motion, Declaration of Elvira Belle Borovik in Support of Plaintiff's Motion to Correct Party Names in Judgment ("Borovik Decl."), the Judgment in a Civil Case, Dkt. 28, the files and records in this matter, pertinent legal authority, and being fully advised in the premise,

NOW THEREFORE it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion (Dkt. No. 35) is GRANTED; and it is further

ORDERED, ADJUDGED, AND DECREED that the Court shall correct the Defendants' names in a newly issued judgment changing Certified Warehouse Equipment, Inc. to CWE

ORDER GRANTING PLAINTIFF'S MOTION TO
CORRECT PARTY NAMES IN JUDGMENT- 1
Case No. 2:25-cv-01269-KKE

Certified Warehouse Equipment Inc. (adding "CWE") and changing All Lift Warehouse Solutions Inc. to All-Lift Warehouse Solutions, Inc. (adding a hyphen); and it is further

ORDERED, ADJUDGED, AND DECREED that service of this Order may be made by email to Defendants' last-known email addresses used in connection with their domain registrations, websites, or sales activities, and to the abuse/legal contacts of any registrar/registry hosting the Infringing Domains. Such service constitutes sufficient notice.

DATED: February 3, 2026.

_Kymberly K Evanson_

Kymberly K. Evanson
United States District Judge

Presented By:

/s/ Kristin Nealey Meier
/s/ Gretchen J. Hoog
Kristin Nealey Meier, WSBA #33562
Gretchen J. Hoog, WSBA #43248
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington  98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com
hoog@ryanlaw.com

/s/ Steven C. Carlson
/s/ Belle B. Borovik
Steven C. Carlson, CA Bar # 206451 (*Admitted PHV*)
Elvira Belle Borovik, CA Bar # 338821 (*Admitted PHV*)
Robins Kaplan LLP
555 Twin Dolphin Drive, Suite 310
Redwood City, CA  94065
Tel: 650.784.4040 | Fax: 650.784.4041
SCarlson@RobinsKaplan.com
BBorovik@RobinsKaplan.com

*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S MOTION TO
CORRECT PARTY NAMES IN JUDGMENT- 2
Case No. 2:25-cv-01269-KKE