# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLOBAL EQUIPMENT COMPANY INC., <br><br> Plaintiff(s), <br><br> v. <br><br> GLOBAL STORAGE EQUIPMENT MANUFACTURER LIMITED, CWE CERTIFIED WAREHOUSE EQUIPMENT INC., ALL-LIFT WAREHOUSE SOLUTIONS INC., and DOES 1-20, inclusive, <br><br> Defendant(s). | **SECOND AMENDED JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER C25-1269-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

On November 12, 2025, the Court entered in favor of Plaintiff and against Defendants as follows:

## A. Liability

1. Defendants are liable to Plaintiff for: (a) trademark infringement and counterfeiting under 15 U.S.C. § 1114; (b) false designation of origin/unfair competition under 15 U.S.C. § 1125(a); (c) cybersquatting under 15 U.S.C. § 1125(d); (d) violation of the Washington Consumer Protection Act (RCW § 19.86.020 *et seq.*); and (e) common law

trademark infringement.

**B.    Monetary Relief**

2. *Statutory Damages for Counterfeiting.* Given Defendants' willful use of counterfeit marks, the Court awards statutory damages under 15 U.S.C. § 1117(c)(2) in the amount of $2,000,000 per counterfeit mark for two counterfeit marks (GLOBAL word and GLOBAL design), for a total of $4,000,000, for which Defendants are jointly and severally liable.

3. *Costs and Attorney's Fees.* This is an "exceptional case" under 15 U.S.C. § 1117(a). Plaintiff is entitled to recover its reasonable attorney's fees and taxable costs, which currently amount to $93,183.00 and $1,151.41 (respectively) through September 30, 2025.

4. *Post-Judgment Interest.* Post-judgment interest shall accrue at the statutory rate under 28 U.S.C. § 1961 from November 12, 2025, until paid in full.

**C.    Permanent Injunction**

5. Defendants, and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are permanently ENJOINED and RESTRAINED from:

  a. Using in commerce any reproduction, counterfeit, copy, simulation, confusion-causing variant, or colorable imitation of the GLOBAL Marks listed in **Table 1** below, (including the GLOBAL word and design marks), or any other mark likely to cause confusion with Plaintiff's GLOBAL brand;

**Table 1**

| Trademark | Registration/Serial Number | Registration/Filing Date |
|---|---|---|
| GLOBAL | 6,158,563 | Sept. 22, 2020 |
| GLOBAL | 6,175,534 | Oct. 13, 2020 |
| GLOBAL INDUSTRIAL | 6,951,434 | Jan. 10, 2023 |
| GLOBAL INDUSTRIAL | 6,558,859 | Nov. 16, 2021 |
| GLOBAL INDUSTRIAL | 6,646,015 | Feb. 15, 2022 |
| GLOBAL | 5,332,540 | Nov. 14, 2017 |
| GLOBAL INDUSTRIAL.COM | 2,997,550 | Sept. 20, 2005 |
| GLOBAL | 2,486,406 | Sept. 11, 2001 |
| GLOBAL | 2,418,489 | Jan. 9, 2001 |
| GLOBAL globalindustrial.com | 4,596,418 | Sept. 2, 2014 |
| GLOBAL globalindustrial.com | 4,675,514 | Jan. 20, 2015 |
| GLOBAL globalindustrial.com | 4,805,310 | Sept. 1, 2015 |
| GLOBAL | 5,303,280 | Oct. 03, 2017 |

| | | |
|---|---|---|
| | 5,683,237 | Feb. 26, 2019 |
| | 5,694,979 | Mar. 12, 2019 |
| | 5,797,953 | Jul. 09, 2019 |
| GLOBAL INDUSTRIAL | 5,900,767 | Nov. 05, 2019 |
| GLOBAL INDUSTRIAL | 5,958,047 | Jan. 07, 2020 |
| GLOBAL INDUSTRIAL | 5,972,455 | Jan. 28, 2020 |
| | 6,166,551 | Oct. 06, 2020 |
| GLOBAL INDUSTRIAL | 6,213,098 | Dec. 01, 2020 |
| | 6,279,225 | Feb. 23, 2021 |
| GLOBAL INDUSTRIAL | 6,359,876 | May 25, 2021 |
| GLOBAL INDUSTRIAL | 6,384,762 | Jun. 15, 2021 |
| | 6,389,615 | Jun. 15, 2021 |
| GLOBAL INDUSTRIAL | 6,646,322 | Feb. 15, 2022 |
| GLOBAL INDUSTRIAL INSIDER | 6,676,092 | Mar. 22, 2022 |
| | 6,817,550 | Aug. 16, 2022 |
| | 7,020,336 | Apr. 04, 2023 |
| | 7,081,709 | Jun. 13, 2023 |

| | | |
|---|---|---|
| GLOBAL INDUSTRIAL | 7,096,599 | Jul. 04, 2023 |
| | 7,287,927 | Jan. 23, 2024 |
| | 7,328,526 | Mar. 12, 2024 |
| GLOBAL INDUSTRIAL | 7,523,788 | Oct. 01, 2024 |
| GLOBALPURE | 7,819,656 | Jun. 03, 2025 |
| | 97413820 | May 17, 2022 |
| GLOBAL INDUSTRIAL EXCLUSIVE BRANDS | 97472179 | Jun. 23, 2022 |
| | 97472589 | Jun. 23, 2022 |
| GLOBAL INDUSTRIAL | Ser. No. 97669926 Reg. No. 7844881 | Filing Date: Nov. 09, 2022 Reg. Date: Jun. 24, 2025 |
| | 97670034 | Nov. 09, 2022 |
| | 97670068 | Nov. 09, 2022 |
| | 97683224 | Nov. 18, 2022 |
| GLOBAL INDUSTRIAL RACING | 97683469 | Nov. 18, 2022 |
| GLOBAL INDUSTRIAL ADVANTAGE | 98228680 | Oct. 18, 2023 |

|  | 98228692 | Oct. 18, 2023 |
|---|---|---|
| | 98753183 | Sept. 16, 2024 |

b. Manufacturing, importing, producing, distributing, advertising, marketing, offering for sale, or selling any goods or services bearing the GLOBAL Marks or any confusingly similar designation;

c. Registering, owning, licensing, maintaining, operating, controlling, trafficking in, or using any domain name, social-media handle, marketplace storefront, or online identifier that contains the GLOBAL Marks or confusingly similar terms, including but not limited to the domain names identified in Plaintiff's evidentiary submissions (the "Infringing Domains");

d. Passing off, inducing, or enabling others to pass off any product or service as being produced by, sponsored by, or affiliated with Plaintiff when that is not the case; and

e. Assisting, aiding, or abetting any other person or entity in engaging in any of the acts set forth in subparagraphs (a)–(d).

**D.    Domain Name Remedies (under the ACPA)**

6. Within 10 days of service of this Order, Defendants shall transfer to Plaintiff, without charge, all right, title, and interest in the following Infringing Domains: <http://global-racking.com/en/home.aspx>, <https://www.global-lockit.com/en/home.aspx>, <https://www.global-wmp.com/Default.aspx>, <https://www.global-allplastic.com/en/home.aspx> and <https://global-storagesolutions.com/> , including any registrar credentials necessary to effectuate

transfer. If Defendants fail to do so, the domain name registrars and registries for the Infringing Domains are AUTHORIZED and DIRECTED to transfer the Infringing Domains to Plaintiff upon receipt of this Order, under 15 U.S.C. § 1125(d) and their applicable policies.

**E.      Third-Party Compliance**

8. Any domain registrar, registry, web host, marketplace platform, payment processor, or fulfillment provider with actual notice of this Order is AUTHORIZED to comply with sections C–D, including disabling, de-listing, and transferring the Infringing Domains and removing infringing listings bearing the GLOBAL Marks.

**F.      Service; Retained Jurisdiction**

9. Service of this Order may be made by email to Defendants' last-known email addresses used in connection with their domain registrations, websites, or sales activities, and to the abuse/legal contacts of any registrar/registry hosting the Infringing Domains. Such service constitutes sufficient notice.

10. The Court RETAINS JURISDICTION to enforce this Judgment and Permanent Injunction, to adjudicate Plaintiff's supplemental motion for fees and costs, and to conduct any supplemental proceedings authorized by law.

On January 16, 2026, the Court granted Plaintiff's motion for additional attorney fees and costs. In that order, the Court awarded Plaintiff its reasonable attorneys' fees in the amount of $114,604.50, jointly and severally, against Defendants Global Storage Equipment Manufacturers Limited ("GSE"), CWE Certified Warehouse Equipment Inc. ("CWE"), and All-Lift Warehouse Solutions Inc. ("All-Lift") (hereinafter "the Defendants"); and awarded Plaintiff costs in the

amount of $1,447.41, jointly and severally, against Defendants.  This additional total award of $116,051.91 in fees and costs shall accrue post-judgment interest at the statutory rate of 12% per annum from January 16, 2026, until paid in full.  The judgment is hereby amended to reflect this additional award of attorney fees and costs.

Dated February 3, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk