UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLOBAL EQUIPMENT COMPANY INC.,<br><br>Plaintiff(s),<br>v.<br><br>GLOBAL STORAGE EQUIPMENT MANUFACTURER LIMITED, et al.,<br><br>Defendant(s). | CASE NO. C25-1269-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

In response to Plaintiff's October 2, 2026 request that the Court defer ruling on its pending motion to amend judgment for 30 days, the clerk is directed to RE-NOTE the pending motion (Dkt. No. 40) for November 2, 2026.

Dated this 19th day of October, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk