UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLOBAL EQUIPMENT COMPANY INC.,<br><br>Plaintiff(s),<br>v.<br><br>GLOBAL STORAGE EQUIPMENT MANUFACTURER LIMITED, et al.,<br><br>Defendant(s). | CASE NO. C25-1269-KKE<br><br>ORDER TERMINATING MOTION |

After Plaintiff filed a motion to amend the judgment in this case (Dkt. No. 40), the Court ordered Plaintiff to file a supplemental brief no later than October 2, 2026. Dkt. No. 43. Rather than file a supplemental brief, Plaintiff asked the Court to defer ruling on the motion to amend for an additional 30 days to permit Plaintiff "to complete its evaluation of the appropriate procedure and advise the Court whether it intends to proceed with the pending motion or seek alternative relief." Dkt. No. 44. The Court accordingly re-noted the motion to amend judgment for November 2, 2026. Dkt. No. 45.

Plaintiff has neither filed a supplemental brief nor informed the Court whether it intends to proceed with the pending motion or seek alternative relief. The Court therefore TERMINATES the pending motion to amend judgment (Dkt. No. 40) as it appears that Plaintiff no longer intends to proceed with this motion at this time.

Dated this 18th day of November, 2026.

Kymberly K. Evanson
United States District Judge